1  JOON W. SONG (SBN 180726)
   THE SONG LAW GROUP,
2  A Professional Law Corporation
   800 West 6th Street, Suite 1410
3  Los Angeles, California 90017
   Tel:  (213) 622-1300
4  Fax: (213) 622-1301
   jsong@thesonglawgroup.com
5
6  Attorneys for Defendants
   HANMI BANK, a California corporation and
7  HANMI FINANCIAL CORPORATION, a Delaware corporation

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

12 | NORBERT J. KEILBACH,                         ) | CASE NO.: 2:14-cv-09827-RGK
                                                  ) | [Assigned to the Honorable R. Gary Klausner]
13 |            Plaintiff,                        ) |
                                                  ) | **NOTICE OF CHANGE OF ADDRESS OF**
14 |       v.                                     ) | **THE SONG LAW GROUP, APLC**
                                                  ) |
15 | DAE WOO KIM aka DAN DAE WOO NAM;             ) | Old Address
    MIN CHA KIM aka KIM MIN JA; DN AM             ) |
16  CONSTRUCTION, INC.; LESLIE T. ZADOR           ) |   800 West 6th Street
    dba LAWYERS PROPERTY                          ) |   Suite 1410
17  MANAGEMENT; JEEYOUNG KIM aka JEE              ) |   Los Angeles, CA 90017
    KIM; SO KIM; VAHE YEGHIAZARIAN;               ) |   Tel:   (213) 622-1300
18  VAHE YEGHIAZARIAN, INC.; RE/MAX               ) |   Fax:  (213) 622-1301
    HLDINGS, INC.; EAST WEST BANK;                ) |
19  HANMI BANK; HANMI FINANCIAL                   ) | New Address
    CORP.; AND and DOES 1 to 50, inclusive.       ) |
20                                                ) |   145 S. Fairfax Avenue
21 |           Defendants.                        ) |   Suite 200
                                                  ) |   Los Angeles, CA 90036
22                                                ) |   Tel:   (323) 847-2188
                                                  ) |   Fax:  (323) 580-0388
23                                                ) |
24 _____)

25
26              **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**
27
28

---
1
**NOTICE OF CHANGE OF ADDRESS OF THE SONG LAW GROUP, APLC**

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** The Song Law Group, a Professional Law Corporation, is relocating.  Effective March 1, 2017, the new address and contact information for The Song Law Group, APLC are as follows: |

        THE SONG LAW GROUP, APLC
        145 S. Fairfax Avenue
        Suite 200
        Los Angeles, California 90036
        Tel:   (323) 847-2188
        Fax:  (323) 580-0388

All notices and documents regarding this action should now be sent to the above address.

Dated:   February 27, 2017

    THE SONG LAW GROUP,
    A Professional Law Corporation

    By:   /s/ *Joon W. Song*
          JOON W. SONG
    Attorneys for Defendants HANMI FINANCIAL CORPORATION, a Delaware corporation and HANMI BANK, a California Corporation